IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>2005 Chevrolet Suburban Vehicle Located at the Roosevelt County Sheriff's Office Secure Storage Facility, Wolf Point, MT | MJ 19-66-GF-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 9th day of June, 2020.

*Kathleen DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge

1